Stephen D. Susman
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, New York 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

OF COUNSEL:
Stuart V. Kusin
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jason P. Fulton
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DOUGLAS GILSTRAP, BRIAN DILLON and JOHN MADIGAN | § § § § § § § § § | Civil Action No. 06:cv-14218 (PKC) |
| Plaintiffs, | | |
| vs. | | |
| RADIANZ LTD. and RADIANZ AMERICAS, INC. | § § § § § § § | NOTICE OF DISMISSAL OF CLAIMS BY DOUGLAS GILSTRAP, BRIAN DILLON and JOHN MADIGAN AGAINST RADIANZ LTD. and RADIANZ AMERICAS, INC. PURSUANT TO FRCP 41(a)(1) |
| Defendants. | § | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs in *Douglas Gilstrap, Brian Dillon and John Madigan v. Radianz Ltd. and Radianz*

1

767671v1/008904

*Americas, Inc..*, C.A. No. 06:cv-14218 (PKC), voluntarily dismiss, without prejudice, their claims against defendants Radianz Ltd. and Radianz Americas, Inc. Defendants have not filed an answer or a Motion for Summary Judgment.

Dated: August 9, 2007

                                       Respectfully submitted,

                                       /s/ Stephen D. Susman
                                       Stephen D. Susman - 3041712
                                       Attorney-In-Charge
                                       ssusman@susmangodfrey.com
                                       SUSMAN GODFREY L.L.P.
                                       590 Madison Avenue, 8th Floor
                                       New York, NY 10022-8521
                                       Telephone: (212) 336-8330
                                       Facsimile: (212) 336-8340

OF COUNSEL:
Stuart V. Kusin
skusin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jason P. Fulton
jfulton@susmangodfrey.com
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

767671v1/008904