USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9-/2-07_

CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS GILSTRAP and MYRON TATARYN, each :
on behalf of himself and all others similarly situated,   :
                                                          :    05-CV-7947 (PKC)
                           Plaintiffs,                    :
                                                          :
          vs.                                             :
                                                          :
RADIANZ LTD., RADIANZ AMERICAS, INC.,                     :
REUTERS LIMITED, BLAXMILL (SIX) LIMITED,                  :
REUTERS C LLC, REUTERS AMERICA LLC                        :
and BRITISH TELECOMMUNICATIONS plc,                       :
                                                          :
                           Defendants.                    :
                                                          :

---

                                                          :
DOUGLAS GILSTRAP, BRIAN DILLON and                        :
JOHN MADIGAN,                                             :
                                                          :    06-CV-14218 (PKC)
                           Plaintiffs,                    :
                                                          :
          vs.                                             :
                                                          :
RADIANZ LTD. and RADIANZ AMERICAS, INC.,                  :
                                                          :
                           Defendants.                    :
                                                          :

---

## ORDER TO SHOW CAUSE

THIS MATTER having come before the Court upon the application of

Defendants Radianz Limited, Radianz Americas, Inc., Reuters Limited, Blaxmill (Six) Limited,

Reuters C LLC, Reuters America LLC and British Telecommunications plc (collectively,

"Defendants"), by their attorneys Weil, Gotshal & Manges LLP, for entry of an Order requiring

Plaintiffs Douglas Gilstrap and Myron Tataryn ("Plaintiffs") to show cause as to why an

injunction should not be issued pursuant to the All Writs Act, 28 U.S.C. § 1651, and why costs

and other sanctions should not be awarded pursuant to Fed. R. Civ. P. 41(d) and the Court's

inherent power to sanction parties and counsel who abuse the litigation process; and the Court

having read and considered the Memorandum of Law in Support of Defendants' Motion for

Injunctive Relief and Costs, the accompanying affidavit of Richard A. Rothman, sworn to

September 12, 2007 (and exhibits annexed thereto), and this Order to Show Cause, it is hereby

ORDERED, that Plaintiffs show cause before this Court, at the Courthouse

*submission on October 5, 2007*

located at 500 Pearl Street, New York, New York, Courtroom 12C, on ~~September ___, 2007, at~~

~~a.m./p.m., or as soon thereafter as counsel may be heard,~~ why an Order should not be issued

(i) enjoining Plaintiffs, anyone acting on their behalf or in concert or privity with them and

anyone with knowledge of this Order, from proceeding with further litigation against Defendants

in the United States, in light of this Court's Memorandum and Opinion dated July 26, 2006 and

the Second Circuit's affirmance of that decision, and (ii) imposing against Plaintiffs costs and

other sanctions as a result of their commencement and pursuit of duplicative and vexatious

litigation against Defendants in this Court and elsewhere; and it is further

ORDERED, that service of a copy of this Order, along with the papers upon

which it is based, shall be made upon Plaintiffs, through their counsel, electronically and by

overnight delivery, on or before September *14*, 2007, and that such service shall be deemed

good and sufficient service; and it is further

ORDERED, that answering papers, if any, shall be served by or before 5:00 p.m.

EST on September *28*, 2007, electronically and by overnight delivery, on Weil, Gotshal &

Manges LLP, 767 Fifth Avenue, New York, New York 10153 (attn: Richard A. Rothman, Esq.),

as attorneys for Defendants; and it is further

ORDERED that reply papers, if any, shall be

ORDERED, that Defendants' reply papers shall be served upon Plaintiffs, through

their counsel, electronically and by overnight delivery by or before 5:00 p.m. EST on ~~September~~ *October 5*

~~44~~, 2007.

Dated: New York, New York
       September *12*, 2007

United States District Judge