**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
WWW.SUSMANGODFREY.COM

# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/06

| SUITE 950 | SUITE 5100 | SUITE 3800 |
| 1901 AVENUE OF THE STARS | 901 MAIN STREET | 1201 THIRD AVENUE |
| LOS ANGELES, CALIFORNIA 90067-6029 | DALLAS, TEXAS 75202-3775 | SEATTLE, WASHINGTON 98101-3000 |
| (310) 789-3100 | (214) 754-1900 | (206) 516-3880 |

STEPHEN D. SUSMAN
DIRECT DIAL (713) 653-7801

DIRECT DIAL FAX (713) 654-6670
E-MAIL SSUSMAN@SUSMANGODFREY.COM

August 29, 2006



RECEIVED
AUG 30 2006
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

*Vis Federal Express*
Hon. J. Kevin Castel
U.S. District Judge
500 Pearl Street, Room 2260
New York, NY 10007-1312

Re: Civil Action No. 1:05-cv-7947 PKC; Douglas Gilstrap, on behalf of himself and all others similarly situated v. Radianz Ltd., Radianz America, Inc., Reuters Limited, Blaxmill (six) Limited, Reuters CLLC, Reuters America LLC, and British Telecommunications plc; In the United States District Court for the Southern District of New York

Dear Judge Castel:

Given Mr. Rothman's claimed confusion, and to make our intentions clear, we hereby withdraw Mr. Gilstrap's Motion for Leave to Amend.

If gamesmanship is occurring, it is not by us. Mr. Rothman raised the issue of this courts jurisdiction to rule on our Motion to Amend in his August 21, 2006 letter. We took that as an invitation to withdraw the motion.

So Mr. Gilstrap's intentions are clear, he does intend to refile his complaint in his individual capacity in order to protect his limitations and other rights pending the appeal.

We appreciate your time and consideration

Sincerely

Stephen D. Susman

*[Handwritten endorsement: "Withdrawal is approved. SO ORDERED. /s/ USDJ 8-30-06"]*

708262v1/008904

**EXHIBIT C**

Hon. J. Kevin Castel
August 29, 2006
Page 2


cc: Richard A. Rothman
    Jonathan Polkes
    Stuart V. Kusin [Firm]
    Jason Fulton [Firm]

708262v1/008904