USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

DOUGLAS GILSTRAP, BRIAN DILLON and          :     06-CV-14218 (PKC)
JOHN MADIGAN,                                                      :
                                                                                    :
                                Plaintiffs,                                 :     STIPULATION AND ORDER
                                                                                    :
        v.                                                                         :
                                                                                    :
RADIANZ LTD. and RADIANZ AMERICAS,    :
INC.,                                                                            :
                                                                                    :
                                Defendants.                            :
                                                                                    :
------------------------------------------------------- x

WHEREAS, on September 12, 2005, Douglas Gilstrap ("Gilstrap") commenced related litigation in this Court (Case No. 05-CV-7947 (PKC) (the "Class Action")), on behalf of himself and all others similarly situated, against Radianz Ltd., Radianz Americas, Inc., Reuters Limited, Blaxmill (Six) Limited, Reuters C LLC, Reuters America LLC and British Telecommunications plc (collectively, the "Class Action Defendants");

WHEREAS, on December 15, 2005, Gilstrap, together with new putative class representative Myron Tataryn ("Tataryn"), filed an amended complaint in the Class Action;

WHEREAS, on January 30, 2006, the Class Action Defendants moved to dismiss the amended complaint on forum non conveniens grounds;

WHEREAS, the Court granted the Class Action Defendants' motion to dismiss on July 26, 2006 and Judgment was entered in the Class Action on July 28, 2006;

WHEREAS, on August 25, 2006, Gilstrap and Tataryn filed their notice of appeal from the Court's July 26, 2006 Memorandum and Opinion dismissing the Class Action on forum non conveniens grounds, which appeal is currently pending before the United States Court of Appeals for the Second Circuit;

NYI:\1469209\01\VHND01!.DOC\69612.0240

**EXHIBIT D**

WHEREAS, on December 7, 2006, Gilstrap, Brian Dillon and John Madigan filed the Complaint in this related action (the "New Complaint"); and

WHEREAS, the parties have agreed to postpone any litigation relating to the New Complaint until after the pending appeal of the Class Action has been decided by the United States Court of Appeals for the Second Circuit; now therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. This action, including, but not limited to, any deadlines for the filing of responsive pleadings, shall be stayed until 60 days after the disposition of Gilstrap's and Tataryn's appeal from the Court's July 26, 2006 Memorandum and Opinion in the Class Action; and

2. The parties expressly reserve, and do not intend to waive, any of their rights, including, but not limited to, their rights to pursue appropriate remedies relating to the New Complaint.

*All conference dates are vacated. The case is placed on the suspense docket.*

Dated: New York, New York
December ___, 2006  *Jan. 4, 2007*

SUSMAN GODFREY LLP

By: _____
Stephen D. Susman
590 Madison Avenue, 8th Floor
New York, New York 10022-8521
(212) 336-83480

Stuart V. Kusin
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas (713) 651-9366

*Attorneys for Plaintiffs Douglas Gilstrap, Brian Dillon and John Madigan*

WEIL, GOTSHAL & MANGES LLP

By: _____
Richard A. Rothman (RR-0507)
Jonathan D. Polkes (JP-4265)
Joshua S. Amsel (JA-0321)
Jodi R. Veron (JV-6484)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants Radianz Ltd. and Radianz Americas, Inc.*

So Ordered: _____ , USDJ
Hon. P. Kevin Castel, U.S.D.J.
1-5-07

NY1\469209\01\VHND01!.DOC\69912.0240

2