CLOSED, ECF, SIMILAR

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-14218-PKC

| | |
|---|---|
| Gilstrap et al v. Radianz Ltd. et al | Date Filed: 12/07/2006 |
| Assigned to: Judge P. Kevin Castel | Date Terminated: 08/15/2007 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Similar Case: 1:05-cv-07947-PKC | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Douglas Gilstrap**         represented by  **Stephen D. Susman**
590 Madison Avenue
8th Floor
New York, NY 10022-8521
(212) 336-8330
Fax: (212) 336-8340
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Dillon**         represented by  **Stephen D. Susman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Madigan**         represented by  **Stephen D. Susman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Radianz Ltd.**

**Defendant**

**Radianz Americas, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | 1 | COMPLAINT against Radianz Ltd., Radianz Americas, Inc. (Filing Fee $ 350.00, Receipt Number 598864)Document filed by Douglas Gilstrap, Brian Dillon, John Madigan.(db, ) Additional attachment(s) added on |

**EXHIBIT F**

| | | |
|---|---|---|
| | | 12/11/2006 (ae, ). (Entered: 12/08/2006) |
| 12/07/2006 | | CASE REFERRED TO Judge P. Kevin Castel as possibly similar to 1:05-cv-7947. (db, ) (Entered: 12/08/2006) |
| 12/07/2006 | | SUMMONS ISSUED as to Radianz Ltd., Radianz Americas, Inc. (db, ) (Entered: 12/08/2006) |
| 12/07/2006 | | Case Designated ECF. (db, ) (Entered: 12/08/2006) |
| 12/14/2006 | | CASE ACCEPTED AS SIMILAR TO 05cv7947. Notice of Assignment to follow. (kco, ) (Entered: 12/20/2006) |
| 12/14/2006 | 2 | NOTICE OF CASE ASSIGNMENT to Judge P. Kevin Castel. Judge Unassigned is no longer assigned to the case. (kco, ) (Entered: 12/20/2006) |
| 12/14/2006 | | Magistrate Judge Douglas F. Eaton is so designated. (kco, ) (Entered: 12/20/2006) |
| 12/14/2006 | | Mailed notice to the attorney(s) of record of case assignment. (kco, ) (Entered: 12/20/2006) |
| 12/21/2006 | 3 | ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE: Counsel for all parties are directed to appear before the undersigned for an initial pretrial conference in accordance with rule 16 of the Federal Rules of civil procedure on february 16, 2007 at 10:30 a.m. in Courtroom 12C at the United States District Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge P. Kevin Castel on 12/21/06) (js, ) (Entered: 12/21/2006) |
| 12/21/2006 | 4 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE:... If such a consent order is not filed within the time provided, Initial Conference set for 2/16/2007 10:30 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 12/21/06) (js, ) (Entered: 12/21/2006) |
| 01/05/2007 | 5 | STIPULATION AND ORDER that this action, including, but not limited to, any deadlines for the filing of responsive pleadings, shall be stayed until 60 days after the disposition of Gilstrap's and Tataryn's appeal from the court's 7/26/06 memorandum and opinion in the class action. All conference dates are vacated. The case is placed on the suspense docket. (Signed by Judge P. Kevin Castel on 1/5/07) (dle, ) (Entered: 01/08/2007) |
| 08/09/2007 | 6 | NOTICE of of Dismissal of Claims. Document filed by Douglas Gilstrap, Brian Dillon, John Madigan. (Susman, Stephen) (Entered: 08/09/2007) |
| 08/13/2007 | 7 | ENDORSED LETTER addressed to Judge Castel from Richard. Rothman dated 7/16/2007 re: Requesting a premotion conference. ENDORSEMENT: Plaintiff's counsel is directed to respond in writing to the letter of July 16 by fax to chambers no later than August 20, 2007. (Signed by Judge P. Kevin Castel on 8/9/2007) (ad) (Entered: 08/13/2007) |
| | | |

| | | |
|---|---|---|
| 08/15/2007 | 8 | STIPULATION AND ORDER OF DISMISSAL without prejudice.... (Signed by Judge P. Kevin Castel on 8/15/2007) (ad) (Entered: 08/15/2007) |
| 09/12/2007 | 9 | ORDER TO SHOW CAUSE Defendant shall show cause as to why an Order should not be issued (i) enjoining Plaintiffs, anyone acting on their behalf or in concert or privity with them anyone with knowledge of this Order, from proceeding with further litigation against Defendants in the United States, in light of this Courts Memorandum and Opinion dated July 26, 2006 and the Second Circuits and the Second Circuits affirmance of that decision, and (ii) imposing against Plaintiffs costs and other sanctions as result of their commencement and pursuit of duplicative and vexatious litigation against Defendants in this Court and elsewhere. Show Cause Hearing set for 10/5/2007 at 05:00 PM before Judge P. Kevin Castel, Show Cause Response due by 9/28/2007. (Signed by Judge P. Kevin Castel on 9/12/2007) Filed In Associated Cases: 1:05-cv-07947-PKC, 2:06-cv-14218-PKC(jmi) (Entered: 09/13/2007) |
| 09/12/2007 | | Set/Reset Deadlines: Service due by 10/5/2007. Associated Cases: 1:05-cv-07947-PKC, 1:06-cv-14218-PKC(jmi) (Entered: 09/20/2007) |
| 09/12/2007 | | ***DELETED DOCUMENT. Deleted document number (10) Order to Show Cause. The document was a duplicate entry to document number 9. (kkc) (Entered: 09/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2007 11:23:31 | | | |
| PACER Login: | sg0040 | Client Code: | 8904 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-14218-PKC |
| Billable Pages: | 2 | Cost: | 0.16 |