# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
5TH FLOOR
654 MADISON AVENUE
NEW YORK, NEW YORK 10065-8440
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 5100<br>901 MAIN STREET<br>DALLAS, TEXAS 75202-3775<br>(214) 754-1900 | SUITE 950<br>1901 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3800<br>1201 THIRD AVENUE<br>SEATTLE, WASHINGTON 98101-3000<br>(206) 516-3880 |

STEPHEN D. SUSMAN
DIRECT DIAL (713) 653-7801

DIRECT DIAL FAX (713) 654-6670
E-MAIL SSUSMAN@SUSMANGODFREY.COM

July 31, 2007



*Via E-mail*

Mr. Richard A. Rothman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Re:   *Douglas Gilstrap, et al. v. Radianz Ltd., et al.*

Dear Richard:







768327v1/008904

**EXHIBIT G**

Mr. Richard A. Rothman
July 31, 2007
Page 2

It is simply wrong to state that Gilstrap has lost his case. He lost only the ability to pursue a class action in New York federal court on theories that implicated the defendants' intent. We can disagree about the effect of the opinions in the class action on Gilstrap's ability to pursue his individual claims in New York or Texas, but I think we can agree those opinions were not on the merits. Gilstrap's substantive claims are unaffected whether pursued in the United States or England. In any event, we strongly disagree that there is anything in those opinions that address a forum non analysis of Gilstrap's claims as individually plead, especially if brought in Texas where he was employed by Radianz.



REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Please let know if you have any questions.

Sincerely,

*[signature: SD Susman]*

Stephen D. Susman