UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS GILSTRAP and MYRON TATARYN, each on behalf of himself and all others similarly situated,

                Plaintiffs,

vs.

RADIANZ LTD., RADIANZ AMERICAS, INC., REUTERS LIMITED, BLAXMILL (SIX) LIMITED, REUTERS C LLC, REUTERS AMERICA LLC, and BRITISH TELECOMMUNICATIONS plc,

                Defendants.

05-CV-7947 (PKC)

---

DOUGLAS GILSTRAP, BRIAN DILLON and JOHN MADIGAN,

                Plaintiffs,

vs.

RADIANZ LTD. and RADIANZ AMERICAS, INC.,

                Defendants.

06-CV-14218 (PKC)

---

**SUPPLEMENTAL AFFIDAVIT OF RICHARD A. ROTHMAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR INJUNCTIVE RELIEF AND COSTS**

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

        RICHARD A. ROTHMAN, being duly sworn, deposes and says:

        1.    I am an attorney admitted to practice before this Court and a partner of Weil, Gotshal & Manges LLP, attorneys for Defendants Radianz Ltd., Radianz Americas, Inc.,

Reuters Limited, Blaxmill (Six) Limited, Reuters C LLC, Reuters America LLC and British Telecommunications plc (collectively, "Defendants").

2. I submit this supplemental affidavit in further support of Defendants' motion, brought on by Order to show cause, for injunctive relief and costs (the "Motion").

3. Annexed hereto as Exhibit A is a true and correct copy of a letter from Richard A. Rothman to Stephen D. Susman, dated August 3, 2007 (submitted in redacted form), which is cited in Defendants' accompanying reply memorandum of law in further support of the Motion.

_____
Richard A. Rothman

Sworn to before me on this
5th day of October, 2007

_____
Notary Public

SHIRLEY M. GORDON
Notary Public, State of New York
No. 01GO4925690
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 4, 20__

# EXHIBIT A

## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE

NEW YORK, NY 10153

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

RICHARD A. ROTHMAN
DIRECT LINE (212) 310-8426
E-MAIL: richard.rothman@weil.com

August 3, 2007

**CONFIDENTIAL SETTLEMENT COMMUNICATION**

Stephen D. Susman, Esq.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

Re: **Gilstrap, et al. v. Radianz Limited, et al.**

Dear Steve:

**REDACTED**

If the offer is not accepted, our clients will proceed to defend themselves vigorously in the courts, including, as we have discussed in the past, by seeking dismissal and sanctions with respect to any further complaint filed in the United States —whether in New York or Texas.

**REDACTED**

NY1:\1509678\01\WCV$01!.DOC\69812.0260

WEIL, GOTSHAL & MANGES LLP

Stephen D. Susman, Esq.
August 3, 2007
Page 2

**REDACTED**

Best regards,

*[signature]*

Richard A. Rothman

cc:  Stuart V. Kusin, Esq.
     Jonathan D. Polkes, Esq.

NY1:\1509678\01\WCV$01!.DOC\69812.0260