UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS GILSTRAP and MYRON TATARYN, each on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>RADIANZ LTD., RADIANZ AMERICAS, INC., REUTERS LIMITED, BLAXMILL (SIX) LIMITED, REUTERS C LLC, REUTERS AMERICA LLC and BRITISH TELECOMMUNICATIONS plc,<br><br>　　　　　　　　　Defendants. | 05-CV-7947 (PKC) |
| DOUGLAS GILSTRAP, BRIAN DILLON and JOHN MADIGAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>RADIANZ LTD. and RADIANZ AMERICAS, INC.,<br><br>　　　　　　　　　Defendants. | 06-CV-14218 (PKC) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　Joshua S. Amsel, being duly sworn, deposes and says:

　　　　I am over the age of eighteen (18) years, am not a party to this action, and reside at 420 East 54th Street, New York, New York 10022.

On the 5th day of October, 2007, I caused to be served by Federal Express a true and correct copy of the following documents:

1. Reply Memorandum of Law in Further Support of Defendants' Motion for Injunctive Relief and Costs; and

2. Supplemental Affidavit of Richard A. Rothman in Further Support of Defendants' Motion for Injunctive Relief and Costs,

on the following counsel:

Stephen D. Susman
Susman Godfrey LLP
Suite 5100
1000 Louisiana
Houston, Texas 77002-5096

_____
Joshua S. Amsel

Sworn to before me
this 5th day of October, 2007

_____
Notary Public

ETHNA CLARKE SERKANIC
Notary Public, State of New York
No. 01SE4956123
Qualified in New York County
Commission Expires March 22 20 10